THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS BLEIGHT, Appellant.—

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Martin, P. J., and Townley, J., dissent and vote to affirm.

STEPHEN CALLAGHAN et al., as Trustees of PRUDENCE COMPANY, INC., Respondents, v. FRANK BAILEY et al., Defendants, and RAYMOND E. JONES et al., Defendants-Appellants.—

No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [179 Misc. 673.]

1035 FIFTH AVENUE CORPORATION, Respondent-Appellant, v. CAROLYN TRIPPE, Appellant-Respondent.—

Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

AUGUSTA J. HART et al., Appellants, v. SAMUEL M. MORGENSTERN et al., Respondents, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Martin, P. J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SIDEM BUILDING CO., INC., Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.